UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE AND REBECCA RICE,<br><br>        Plaintiffs,<br><br>        v.<br><br>CBS COLLECTIONS, INC., DBA CBS FINANCIAL SERVICES AND CAMPOS LAW, PLLC,<br><br>        Defendant. | NO. CV-10-081-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

    On June 2, 2010, Plaintiffs filed a Notice of Voluntary Dismissal. (Ct. Rec. 5.) Based on Plaintiffs' notice, under Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party**;**

    2. All pending trial and hearing dates are stricken;

    3. All pending motions are denied as moot; and

    4. This file shall be closed.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

    **DATED** this \_\_\_\_3rd\_\_\_\_ day of June 2010.


                                      s/Edward F. Shea
                                      EDWARD F. SHEA
                            United States District Judge

Q:\Civil\2010\81.Volunt.Dismiss.wpd

ORDER ~ 1